RECEIVED

MAR 13 2008 *aew*
MAR 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

LARRY MARTIN

_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV1511
JUDGE KOCORAS
MAGISTRATE JUDGE SCHENKIER

vs.

Case No:_____
(To be supplied by the Clerk of this Court)

OFFICER PETT, OFFICER RODGER,

DETECTIVE EARNSHAW, THEY ARE BEING

SUIT IN THERE INDIVIDUAL

CAPACITIIES, AND MR. ISMIAL.

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__          **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
               U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
               28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A.    Name: LARRY MARTIN

    B.    List all aliases: LARRY BOND, JAME MARTIN.

    C.    Prisoner identification number: 20070088166

    D.    Place of present confinement: COOK COUNTY JAIL

    E.    Address: P.O. BOX 089002, Chicago, il. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: OFFICER PETT

            Title: POLICE OFFICER

            Place of Employment: 70th in Cottage Grove Ave. Chicago,IL. 60629

    B.    Defendant: OFFICER RODGER

            Title: POLICE OFFICER

            Place of Employment: 70th in Cottage Grove Ave. Chicago, IL. 60629

    C.    Defendant: DETECTIVE EARNSHAW

            Title: DETECTIVE UNIT.

            Place of Employment: 70th in Cottage Grove Ave, Chicago,IL 60629

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D.    Defendant: Mr. Ismial Ray.

Title: Building owner.

Place of Employment: 813 E. 65 st. Chicago,IL 60629

1.    Mr. Ismial could and should be call as a Defendant, because he "Comspire with Officer Pett. and Officer Rodger, to violate the Plaintiff's Constitutional Rights under the 4,5,and 14 Amendment.

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: __1983 Civil Rights Form. 07-c-766__

B.    Approximate date of filing lawsuit: __Dec. 8, 2006__

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: __LARRY__
__MARTIN__

D.    List all defendants: __TURNER ET AL.__

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __NORTHERN DISTRICT OF ILLINOIS__

F.    Name of judge to whom case was assigned: __REBECCA R. PALLMEY__

G.    Basic claim made: __FOOD ILLNESS__

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __PENDING__

I.    Approximate date of disposition: __2-12-08__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

Statement of claim:

1.    On september 27,2006, Plaintiff where arrested on the charge of
Burglary, in violation of his constitutional rights, under the 4,6,8,
and 14 amendment. For "false arrest", "False incarceration", and
"Malicious Prosecution.

2.    Plaintiff tried to explain to officer Pett, that he never comitted
this burglary, and never enter the owner Mr. Ismial building and that
he saw some copper wire sticking between a gate while he was walking
down the ally, and that he tried to pull that wire through that gate.

3.    Plaintiff was taking back to the crime scene,  while setting in
officer Pett's patrol car Plaintiff over heared officer Rodgor and
the owner Mr. Ismial talking about what took place. Mr.Ismial explain
to officer Rodgor that the Plaintiff was "Attempting " to pull some
wire from between his gate. Officer Rodgor stated "thats not no Buglary"!!

4.    Plaintiff then where taking to area three police station where
he was "Charge with Burglary", but couldn't understand why! since he
never enter the owner building.

5.    The owner Mr. Ismial had no "Knowledge of what constituted
Burglary", untill he was "Coerce" by officer Pett and officer Rodgor.
While inconspiracy to comspire against the Plaintiff to violate the
Plaintiff's constitutional rights. While at the same time "Manufacturing"
False evidence for the prosecutor by having the owner Mr Ismial to
state that he saw the Plaintiff inside his building walking with a
roll of copper wire so that they can "Falsely accused the Plaintiff
of Burglary" in violation of his constitutional rights.

6.    On September 27,2006, a detective Earnshaw was call in to
investigate the criam scene, but fail to investigate by not taking
finger prints that could have clear the Plaintiff of this criam.
Ignored the plaintiff's plead that he was innocent of this criam.
Ignored the Plaintiff's statement that he saw the copper wire
sticking in the gate. While conspiring with officer Pett and officer
Rodgor to violate the Plaintiff's "constitutional rights.

(1)

7.    On or about Nov. 16, 2006, The States Attorney seek an indictment
against the Plaintiff for Burglary. Detective Earnshaw was call in to
testified as a witness for the States Attorney at the grand jury
indictment hearing.

     Detective Earnshaw engaed in "Malicious Prosecution" by perjuring
himself before the Grand Jury, while misleading the jury into thinking
that the Plaintiff committed this criam in order to seek an indictment
against the Plaintiff in violation of Plaintiff's Comstitutional Rights.

### PLAINTIFF'S PAIN AND SUFFERING CAUSE BY THE DEFENDANT'S CONSTITUTIONAL VIOLATION

1.    The Plaintiff was incarcerated as a result of his Comstitutional
violation for over "THIRTEEN MONTHS".

2.    While incarcerated Plaintiff suffer seriously "PHYSICAL, EMOTIONAL,
MENTAL DISTRESS."  Plaintiff's bond was 225,000 which made it impossible
for him to bond out.  Plaintiff had no income coming in to buy personal
needs  such as soap and deodorent.  Plaintiff had to seek protection
by jorning a gang, evertruly,  Plaintiff was attack by a follow inmate
who bit a hold out of his hand that needed  six stiches, and he had to
have a tetanus shot.

3.    Due to Plaintiff's unsanitary living condition at the Cook County
Jail ,Plaintiff obtain two serious boils on his body, one on his forehead
     and the other one under his arm. The boil on the Plaintiff's forehead
     left a scar that would be there for the rest of his life. These
     boils had to be surgeonly remove.

4.    Due to the Plaintiff's long incarceration he lose his "Appartment
     and everything that he every owned." All of his important papers,
     clothes, Tvs.Redio, most important his pictures of his love ones
     that are unreplaceable.

5.       Plaintiff where left homeless after his release date Nov.8,2007.
by the trial Judge, who evertruly "Acquitted"  him. Left without
any family member to help him, Plaintiff fail off into a deep depression
while living in the streets. Plaintiff  found an abondone building to
stay in to keep warm. Two week later Plaintiff found his self
reincarcerated on a charge of "Burglary" for living in that abondoned
building by the same area three police station.

6.     This complaint are very difficult for the Plaintiff to litigat
due to the "Mental and Emotional Distress that the Plaintiff suffer.
There are three or four Defendants who has conspire against the
plaintiff to "Deprive him of his lift and liberty without Due Process".
Plaintiff's claim are so complex and or intricate that a trained
Attorney is necessary to pretect the Plaintiff "Civil Rights.

                              CONCLOUION

THE DEFENDANTS PETT, RODGOR, ISMAIL, AND EARNSTHAW ARE RESPONABLE FOR
VIOLATING THE PLAINTIFF'S CONSTITUTIONAL RIGHTS UNDER THE 4,5, and 14
AMENDMENT...

## V.    Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

I WOULD LIKE THE DEFENDANTS TO PAY THE PLAINTIFF IN THE SUM OF 5.5 MILLION DOLLARS
DOLLARS FOR THE PLAINTIFF'S PHYSICAL, MENTAL, AND EMOTIONAL DISTRESS.

VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief.  I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this   7   day of   MARCH  , 20 08

_Larry Martin_
(Signature of plaintiff or plaintiffs)

LARRY MARTIN
(Print name)

20070088166
(I.D. Number)

P.O.BOX 089002, CHICAGO, IL. 60608

(Address)

Revised 9/2007