**PRISONER CASE** 

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

KC **FILED**
MAR 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | LARRY MARTIN | **Defendant(s):** | OFFICER PETT, et al. |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Larry Martin
#2007-0088166
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

08CV1511
JUDGE KOCORAS
MAGISTRATE JUDGE SCHENKIER

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prison civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [x] Yes [ ] No

**Signature:** A. E. Woodham  **Date:** 03/13/2008