FILED
MAR 1 3 2008
Mar 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Larry Martin,

Defendant(s) Officer Poth, et al

08CV1511
JUDGE KOCORAS
MAGISTRATE JUDGE SCHENKIER

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Larry Martin, declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: See Page-2

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Larry Martin
Movant's Signature

2-20-08
Date

P.O. Box 089002
Street Address

Chicago, IL 60608
City, State, ZIP

(1)

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  ☐

6. The Plaintiff knows that civil litigants do not have a constitutional or statutory right to counsel, as state in Johnson v. Doughty, 433 F.3d 1001, 1006. (7th Cir. 2006).

7. But a district court may, in its discretion, request an "attorney" to represent any person unable to afford counsel. As state in Gil v. Reed, 381 F.3d 649, 656 (7th Cir. 2004), Plaintiff is truly unable to afford counsel at this time.

8. In deciding whether to appoint counsel, the court must First, determine is the indigent has made reasonable efforts to retain counsel and was unsuccessful or that the indigent was effectively precluded from making such efforts, See, Jackson v. County of McLean, 953 F.2d 1070, 1072 (7th Cir. 1992). Plaintiff has wrote "numerous counsel" but with only two response so far. See Ex. No 1-and-2. and are awaiting for more response.

9. This court must also consider, the difficulty of this case, or due to the Plaintiff's mental and Emotional distress could he appear competent to try it himself, and or whether the assistance of counsel would provide a substantial benefit to the court and the Plaintiff, and potentially affecting the outcome of this case. See, Pruit v. Mote, F.3d 2007 WL 2850448, at 1.

10. As the Plaintiff stated in his complaint, that this complaint is very "difficulty" due to the fact there are four defendants comspiring against the Plaintiff to violate his constitutional Rights, and the outcome of this case would be a substantial benefit to this court and the Plaintiff.

Plaintiff Pray that this Honorable court would grant said motion for counsel.

/2/



# THE CHICAGO BAR ASSOCIATION

321 S. Plymouth Court
Chicago, Illinois 60604-3997
Tel (312) 554-2000
Fax (312) 554-2054
www.chicagobar.org

**OFFICERS**

Victor P. Henderson
PRESIDENT

Hon. E Kenneth Wright, Jr.
FIRST VICE PRESIDENT

Anita M. Alvarez
SECOND VICE PRESIDENT

Aurora Abella-Austriaco
SECRETARY

Terri L. Mascherin
TREASURER

Steven F. Pflaum
GENERAL COUNSEL

January 2, 2008

Mr. Larry Martin #20070088166
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Martin:

I received your letter requesting legal advice for your case. I'm sorry, but The Chicago Bar Association does not provide this service. For free or low-cost legal assistance, you should contact:

|  |  |  |
|---|---|---|
| CARPLS | | Cabrini Green Legal Aid Clinic |
| 17 N. State St., Suite 1850 | | 206 W. Division St. |
| Chicago, IL 60602 | OR | Chicago, IL 60610 |
| (312) 738-9200 | | (312) 266-1345 |

Sincerely,

*[signature]*

Michael P. Walsh
Staff Representative
Committee on Professional Fees
Chicago Bar Association

**BOARD OF MANAGERS:** Kevin P. Durkin • William B. Oberts • Karen A. Clanton • Hon. David H. Coar • Susan E. Cox •
J. Timothy Eaton • Ian H. Fisher • Hon. James F. Henry • Charis A. Runnels • Gregory Paul Vazquez • Carolyn D. Amadon • Carolyn H. Clift •
William F. Conlon • Maurice Grant • Hon. Thomas L. Hogan • Patricia Brown Holmes • Robert A. Merrick, Jr. • Susan A. Pipal

Terrence M. Murphy, Executive Director
Benjamin M. Manaloto, Controller

**CGLA** Cabrini Green Legal Aid Clinic

206 West Division Street • Chicago, Illinois 60610 • (312) 266-1345
Fax: (312) 266-7417

February 8, 2008

Dear Mr. Martin:

I am writing you in regards to a letter we received from you this past week. Unfortunately we will not be able to assist you with the law suit portion of your case, since we do not practice that area of law. There are a few Legal agencies that handle suits similar to what you are seeking assistance for. The first is Northwestern University in their wrongful convictions division. The address is 357 East Chicago Avenue, Chicago, IL 60611. The phone number is (312) 503-3100.

I am also giving you 2 more referrals for the lawsuit portion of your case. You may contact Citizens Alert at (312) 223-1802, address is 203 North Wabash Avenue, Suite 711, Chicago, IL 60601. Then there is help from The Justice Project at (202) 638-5855, address 1025 Vermont Avenue NW, 3rd Floor, Washington, DC 20005. I hope I have been helpful and I wish you the best. God bless.

Sincerely,

Cabrini Green Legal Aid Services