Martin Vs Petit Right, Case: 08 C 1511  HHN

Dear Clerk of The District Court:

**FILED**
APR 3 0 2008
4-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 CV 1511

I writing to you on behalf of a receip that I received from the U.S. Department of Justice, United States Marshals Service.

Theres a few things wrong with the Notice of Service that needs to be clear up. First I'm going to send you my copy of the Service. Please! Send it back!

You will see that it has Officer Moss, et al., as the Defendant. Defendant Moss is in another claim under case no. 07 C 6100, Not this Claim under case no. 08 C 1511, only Officer Petit, Officer Rodger and Detective Earnshaw of The Chicago Police Department at 70th & Cottage Grove Ave, Chicago, IL 60629.

Officer Petit name is spell wrong as you will see in the Notice of Service, I don't know if it will effect this Service or not but I thought it would be best to write and let you know just in case any changes that need to be done.

I also would like to thank you for your time and consideration in this matter.

Sincerely,
Larry Martin

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Larry Martin | 08C1511 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Officer Moss, et al. | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Officer Peat, 70th in Cottage Grove Ave., Chicago, IL 60629

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** C.P.D. C/O P. Martin, Supv. of Subpoenas 3510 S. Michigan Ave., Chicago, IL 60653

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Larry Martin, #2007-0088166
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                Fold

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER

DATE: 03-25-08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 of 3 | 24 | 24 | Td | 03-25-08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
MIS MARTIN (legal Aid)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 4/16/08  Time: 1:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $0 | 0 | 0 | 0 | 0 | 0 | 0 |

REMARKS: 1 DUSM

NOTE