Re: 08CV1511, Martin v. Perry.

MHN

Dear Clerk of the District Court: April 29, 2008

08CV1511

I'm writing to you to inform you that Mr. Ismail owns a building at 813 E. 65 St. Chicago, IL 60609, and the Marshal was unable to serve Mr. Ismail his notice of service regarding this legal matter.

I talk with a inmate who know Mr. Ismail and stated that Mr. Ismail are now running his store at 6500 S. Maryland, Chicago, IL. 60629.

I feel very strongly that an injunction need to be file against Mr. Ismail, due to the facts that he has tides to another country, as well as family member from another cuntry, that he can turn his access over too. Just untill this legal matter is settle.

I also would like to thank you for your time and consideration in this matter.

**FILED**

MAY 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sincerely,
Mr. Gary Martin
2007co88166
P.O. Box 089002
Chicago, IL 60608