3-copies
MHN

In The United States District Court
For The Northern District of Illinois
Eastern Division

Larry Martin )
        Plaintiff, )
                        ) Case No. 08 C 1511
Spell Right VS. )      08cv1511
Officer Petit, et al. ) Judge KOCORAS
Officer ~~Pett~~ et al )
not      Defendants. )

Officer Name is Spell Wrong

<u>Plaintiff's Motion To Amended</u>
<u>To List All Lawsuit</u>
<u>Amended In Part</u>

Now Comes the Plaintiff, Larry Martin
Pro Se under Rule 15, and to Amend his
complaint to state all lawsuit that was File
in the Federal or State Court, Plaintiff states
as follow:

1. Due to Plaintiff's accidental oversigh he has
only identified one pending case, and failing to
mention at least four previous Federal cases he has
Filed. including one in which a "Strike" was
assessed against him. See Martin V. Jack
Case No. 07 C 3211. Dismissed June 13, 2007.

2. The officer name is spell wrong, it's officer Petit. Not
officer Pett.

5 Copies

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.  Name of case and docket number: Larry Martin v. Tom Dart, 07 C 6476

B.  Approximate date of filing lawsuit: Nov. 15, 2007

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: Larry Martin and Mark Steve

D.  List all defendants: Tom Dart, Supt. Spoonk

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F.  Name of judge to whom case was assigned: Rebecca R. Pallmeyer

G.  Basic claim made: Unsanitary living condition at the Cook County Jail.

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I.  Approximate date of disposition: Nov. 15, 2007 Pending

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

J. I had filed one claim in the Southern District of Illinois, but I have "no" information on that claim.

Revised 9/2007

III. List ALL lawsuits (and your co-plaintiffs, if any) state or federal court in the United States:

A. Name of case and docket number: Martin v. Officer Pett. 08 C 1511

B. Approximate date of filing lawsuit: March 13, 2008

C. List all plaintiffs (if you had co-plaintiff(s) including any aliases: Larry Martin - aliase Larry Bend, Etc.

D. List all defendants: Officer Pett, Officer Rodger, and Detective Earnshaw.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county: Northern District of Illinois

F. Name of judge to whom case was assigned: Honorable Kocoras

G. Basic claim made: Wrongful Arrest

H. Disposition of this case: Pending Still

I. Approximat date of disposition: Still Pending

J. I have filed one claim in the Southern District, I don't have "null" information on that suit.

1. List All lawsuit you (and your co-plaintiffs) have File in any state or Federal court in the United States:

A. Name of and docket number: Martin V. Jack et al 07 cv 03211

B. List all Plaintiffs (if you had co-plaintiffs), including any aliases: Larry Martin

C. Approximat date of Filing lawsuit: 6-13-07

D. List all defendants: Jacks, John Doe

E. court in which the lawsuit was Filed (if Federal court, name the district; if State court, Name the county): Northern District of Illinois

F. Name of Judge to whom case was assigned: Honorable Rebecca R. Pallmeyer.

G. Basic Claim made: Battart.

H. Disposition of this case (For example: was the case dismissed? was it appealed? Is it still Pending? Strike as Frivolous

I. Approximate date of disposition: Dismiss

III. List All lawsuits you (and your co-plaintiff(s) if any) have filed in any state or Federal court in the United States:

A. Name of case and docket number: Martin v. Moss 07 C 6100

B. Approximate date of filing lawsuit: Oct. 26-2007

C. List all Plaintiffs (if you had co-plaintiffs) including any aliases: Larry Martin, Larry Bond etc.

D. List all Defendants: Officer Moss and John-Doe P/O

E. Court in which the lawsuit was Filed (if Federal court, name the district; if state court; name the county.): Northern District of Illinois

F. Name of Judge to whom case was assigned: John W. Darrah.

G. Basic claim made: Violation of the Fourth Amendment No Probable Cause.

H. Disposition of this case: Pending

I. Approximate date of Pending Still!

III. List All lawsuits (including Co-plaintiffs) state or Federal court in the United States.

A. Name of case and docket number: Martin v. Mr. Turner, et al, 07 C 766

B. Approximate date of Fining Lawsuit: Nov. 8, 2006

C. List all plaintiffs (if you had co-plaintiffs) including any aliases: Larry Martin, Larry Bonda, et al. No co-plaintiffs.

D. Lis all defendants: Mr. Turner, other name-unknown

E. court in which the lawsuit was filed (if Federal name the district: Northern district of Illinois

F. Name of judge to whom case was assigned: The Honorable Rebecca R. Pallmeyer.

H. Disposition of this case: Still Pending

I. Approximate date of disposition: Pending