# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1511 | **DATE** | June 6, 2008 |
| **CASE TITLE** | Martin (#2007-0088166) v. Petit, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's "Motion to Amended To List All Lawsuit Amended in Part" [14] is granted. The Clerk is directed to change the spelling of Defendant Officer Pett to Officer Petit both in the caption and the list of defendants.

Dated:  June 6, 2008

**CHARLES P. KOCORAS**
U.S. District Court Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | JJD |
|---|---|---|