IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY MARTIN ) | | |
| Plaintiff, ) | No. 08 C 1511 | |
| ) | | |
| v. ) | | |
| ) | Judge Kocoras | |
| OFFICER PETT, OFFICER RODGER, ) | | |
| DETECTIVE EARNSHAW, in their ) | | |
| individual capacities, and MR. ISMIAL, ) | Magistrate Schenkier | |
| ) | | |
| Defendants. ) | Jury Trial Demanded | |

**MOTION OF DEFENDANTS PETIT, ROGERS, AND EARNSHAW
TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS**

Defendants Gregory Petit, Elliot Rogers, and James Earnshaw, by their attorney, Meghan K. Kennedy, Assistant Corporation Counsel, move this Court for an extension of time until July 14, 2008, to answer or otherwise plead to Plaintiff's Complaint, and in support of this motion state as follows:

1. This matter is a case under 42 U.S.C. §1983 alleging "false arrest," "false incarceration," and "malicious prosecution" against defendant City of Chicago police officers.[1]

2. Defendant officers Gregory Petit, Elliot Rogers, and James Earnshaw were served on May 7, 2008. Counsel for defendants have not had an opportunity to meet with the officers or obtain the necessary police records to prepare a responsive pleading.

3. Defendants request an additional 30 days, through July 14, 2008, to file their responsive pleading to the Complaint. This motion is Defendant Officers' first request for an extension of time to answer or otherwise plead. Upon information and belief, such a request will

---

[1] The fourth defendant, "Mr. Ismial," is not a Chicago police officer and is not represented by undersigned counsel.

not prejudice any party nor unduly delay the resolution of the disputed issues.

WHEREFORE, Defendants Gregory Petit, Elliot Rogers, and James Earnshaw respectfully request that this court enter an order allowing defendants through July 14, 2008, to file their responsive pleading to the Complaint in this cause.

                                       Respectfully submitted,

BY:   **/s/ *Meghan K. Kennedy***
         Assistant Corporation Counsel
         Attorney for defendants Petit, Rogers, and Earnshaw

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9653
Atty. No. 06283230