IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY MARTIN ) | | |
| Plaintiff, ) | No. 08 C 1511 | |
| ) | | |
| v. ) | | |
| ) | Judge Kocoras | |
| OFFICER PETT, OFFICER RODGER, ) | | |
| DETECTIVE EARNSHAW, in their ) | | |
| individual capacities, and MR. ISMIAL, ) | Magistrate Schenkier | |
| ) | | |
| Defendants. ) | Jury Trial Demanded | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To:  Larry Martin #2007-0088166      Prisoner Correspondence
     Cook County Jail                Prison1_ILND@ilnd.uscourts.gov
     P.O. Box 089002
     Chicago, Illinois 60608
     *pro se*

**PLEASE TAKE NOTICE** that on June 9, 2008, Defendants Gregory Petit, Elliot Rogers, and James Earnshaw filed their **MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kocoras, or before such other judge sitting in his place, on the 12th day of June, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

I hereby certify that I have served this notice and the attached document by certified mail and electronic means, respectively, to the person(s) named above at the address(es) shown this 9th day of June, 2008.

/s/ Meghan K. Kennedy
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230