UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Larry Martin
                Plaintiff,

v.                                  Case No.: 1:08–cv–01511
                                  Honorable Charles P. Kocoras

Officer Petit, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

       MINUTE entry before the Honorable Charles P. Kocoras:Motion hearing held on 6/12/2008. Defendants Petit, Rogers and Earnshaw's motion [17] to extend time to answer or otherwise plead is granted to 7/14/2008. Status hearing set for 7/31/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.