In The United States District Court
For The Northern District of Illinois
Eastern Division

Larry Martin
    Plaintiff,                    Case No. 08 C 1511

    vs.                           Judge, Kocoras,

Officer Petit, et al
    Defendants.

FILED
JUN 23 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff's Motion For an Injunction on
Defendant Ray Ismail Owner
Amended In Part

Now Comes the Plaintiff, Larry Martin, Pro Se, pursuant to Rule 15 of the Federal Rules of the Civil procedure. Plaintiff States as Follow:

Statement of Facts:

1. On September 27, 2006, Plaintiff were arrested for Burglary that he did not commit.

2. On November 8, 2007 the trial of

Facts aquitted the Plaintiff on the charge of Burglary.

3. On March 13, 2008 Plaintiff file with the District Court a complaint against the owner of the Property Mr. Kay Ismail, Officer Petit, Officer Roger and Detective Earnshaw, all who are sworn 10th in Cottage Grove Police Station.

4. The Plaintiff's complaint states that these Defendants violated his Constitutional Rights by "False arrest, False incarceration and Malicious prosecution.

## Amended In Part:

1. Now the Plaintiff would like to make apart of his complaint a Fourth violation of "Comspiracy", that laid the Foundation for his complaint in the First Place.

2. The Defendant Mr. Ismial the owner of the Property, and the two arresting Officers Petit, Roger as well as the

Investigating Detective Earnshaw, all who are part of this conspiracy to conspired to violate the Plaintiff's Constitutional Rights, by placing the Plaintiff inside of the owner building, when they knew that the Plaintiff "never enter" the owner's Building.

### Injunction against Mr. Ismail the Owner

1. Due to the Defendant Mr. Ismail is Arab descent and has tides with Family members out side the United States. Plaintiff seeks an injunction to stop the Defendant from Turning over any of his property to Family members, Friends, Wife etc.. untill this legal matter is resolved.

2. His Property meaning, "Houses", "Stores", "building" "Bank accounts," etc et...

Wherefore, Plaintiff pray that this Honorable Court grant said Amended Complaint.