In The United States District Court
For The Northern District of Illinois
Eastern Division

Larry Martin
Plaintiff,

Case No. 8 C 1511

vs.

Judge, Kocoras,

Officer Petitt, et al
Defendants

Magistrate Nolan

**FILED**
JUN 23 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice of Motion And Certificate of Service

To: Meghan K. Kennedy
30 N. LaSalle St.
Suite 1020
Chicago, Illinois
60602

To: Ray Danial
6501 S. Maryland
Chicago, IL
60629

Please take notice that I have this day filed with the Clerk of the United States District Court for the Northern District of.

Illinois, Eastern Division, Plaintiff's Motion for an Injunction on Defendant Ray Ismail owner and Amended In Part To make a Fourth violation of Conspiracy.

   I HEREBY CERTIFY that I have caused true and correct copies of the above and forgoing NOTICE and Plaintiff's Amended In Part complaint, to be sent to the persons named above, at the Cook County Department of Correction, and by Placing it in the U.S. Mail on June 18, 08.

Respectfully Submitted,
/s/ Larry Martin
Pro Se, #20070080166
P.O. Box 089002
Chicago, Illinois
60608