# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1511 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Martin vs. Petit et al | | |

**DOCKET ENTRY TEXT**

The U.S. Marshal's return of service of summons and complaint has been returned unexecuted as to Ismail Ray, indicating that the defendant does not reside at the address provided by the plaintiff. The Clerk of Court is directed to issue an alias summons and complaint as to said defendant.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SCT |
|---|---|---|