UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Larry Martin
                Plaintiff,

v.                                      Case No.: 1:08−cv−01511
                                                      Honorable Charles P. Kocoras

Officer Petit, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Case called for status on 8/21/2008. Defendants fail to appear. Status hearing set for 8/27/2008 at 9:30 a.m. Counsel for defendants are ordered to appear at all scheduled court hearings. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.