Martin v. Petit et al          08cv1511                    NOTICE OF CHANGE OF ADDRESS

08cv1511

Dear Clerk of the District Court:

I'm writing to you in regard of my change of address. My new address is 5836 S. Wabash, Chicago, IL 60637.

Please send any and all legal mail that you might have.

I have four claims pending under case number 07-C-6476, and case no. 07-C-6100, and 08-C-1511.

I also would like to thank you for your time and consideration in this matter.

Sincerely,
Larry Martin
Cell no. 773-876-6166
5836 S. Wabash
Chgo, IL 60637

FILED
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT