# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1511 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Martin vs. Petit et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 9/4/2008. Plaintiff does not appear. For the reasons stated in open court, this cause is hereby dismissed without prejudice for want of prosecution. All pending motions, if any, are moot.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | SCT |
|---|---|---|